

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-17-00700-CV

**Shameka Andrea Smith**

**v.**

**Aldine Independent School District**

NO. 2007-32410 IN THE 61ST DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| CLK RECORD | $86.00 | 11/08/2017 | UNKNOWN | ANT |
| MT FEE | $10.00 | 09/29/2017 | NOT PAID | ANT |
| FILING | $205.00 | 09/13/2017 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $301.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this 25th day of May, 2018.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**